**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/31/16 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JASON M. DIIANNI<br>JOELLE C. DIIANNI<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>      Movant<br>      vs.<br>  JASON M. DIIANNI<br>JOELLE C. DIIANNI<br><br>      Respondents | Case No.11-26430GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 88 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 31st day of October, 2016, it is hereby ORDERED, ADJUDGED, and DECREED that,

      Robinson Township Police
      Attn: Payroll Manager
      1000 Church Hill Rd
      Pittsburgh,PA 15205

is hereby ordered to immediately terminate the attachment of the wages of JASON M. DIIANNI, social security number XXX-XX-8192. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JASON M. DIIANNI.

BY THE COURT:

_____
cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jason M DiIanni
Joelle C. DiIanni
    Debtors

Case No. 11-26430-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Oct 31, 2016
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.
db/jdb        +Jason M DiIanni,   Joelle C. DiIanni,   1054 Silver Lane,   Mc Kees Rocks, PA 15136-1122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Lauren M. Lamb    on behalf of Joint Debtor Joelle C. DiIanni
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Lauren M. Lamb    on behalf of Debtor Jason M DiIanni
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                  TOTAL: 7