UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania (Pittsburgh)

IN RE: Jason Dilanni
Joelle Dilanni

CASE NO: 11-26430

## NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS FROM CHAPTER 13 TRUSTEE

Bank of America N.A. ("Creditor") hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s)  7  from the Chapter 13 Trustee should be sent to the following address:

| OLD ADDRESS: | NEW ADDRESS: |
|---|---|
| Bank of America | Bank of America |
| 7105 Corporate Drive | PO Box 660933 |
| Plano, TX  75024 | Dallas, Texas  75266 |

_____
Robert Phifer Jr.
Bank of America

## CERTIFICATE OF SERVICE

I hereby certify that on   November 15, 2016   a copy of the foregoing document was served on the following by ECF:

Trustee:

Ronda J. Winnecour
600 Grant St #3250
Pittsburgh, PA, 15219

_____
Kendrick Stribling