**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JASON M. DIIANNI |
| Debtor 2 (Spouse, if filing) | JOELLE C. DIIANNI |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-26430GLT |

# Form 4100N
# Notice of Final Cure Payment                                                          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | BANK OF AMERICA(*) |
| Court claim no. (if known): | 7 |
| Last 4 digits of any number you use to identify the debtor's account | 0 9 9 4 |
| Property Address: | 1054 SILVER LANE<br>MCKEES ROCKS PA 15136 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**  Amount

a. Allowed prepetition arrearage: (a) $ 300.00
b. Prepetition arrearage paid by the trustee: (b) $ 300.00
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): (c) $ 0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: (d) $ 0.00
e. Allowed postpetition arrearage: (e) $ 0.00
f. Postpetition arrearage paid by the trustee: + (f) $ 0.00
g. **Total.** Add lines b, d, and f. (g) $ 300.00

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.
  Current monthly mortgage payment  $  $924.67
  The next postpetition payment is due on  12 / 1 / 2016
                                            MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Form 4100N                                    **Notice of Final Cure Payment**                                        page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **JASON M. DIIANNI** | Case number *(if known)* | **11-26430GLT** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour            Date  12/13/2016
Signature

Trustee    Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
           600 GRANT STREET
           SUITE 3250 US STEEL TWR
           PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | JASON M. DIIANNI | Case number *(if known)* | 11-26430GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **PRIMARY RES MORTGAGE ARREARS (Part 2 (b))** | | | | |
| 01/27/2015 | 0926798 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 300.00 |
| | | | | 300.00 |
| **PRIMARY RES MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 12/27/2011 | 0772778 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,716.26 |
| 01/27/2012 | 0777360 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 429.40 |
| 02/24/2012 | 0781459 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 858.21 |
| 03/27/2012 | 0785617 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,286.64 |
| 04/24/2012 | 0789848 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,286.44 |
| 05/29/2012 | 0794135 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 863.06 |
| 06/27/2012 | 0798588 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 863.05 |
| 07/27/2012 | 0802916 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,294.42 |
| 08/30/2012 | 0807265 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 863.11 |
| 09/25/2012 | 0811488 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 863.11 |
| 10/29/2012 | 0815395 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 858.59 |
| 11/27/2012 | 0819550 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 867.39 |
| 12/21/2012 | 0823589 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 876.15 |
| 01/29/2013 | 0827699 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,336.65 |
| 02/25/2013 | 0832005 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 962.25 |
| 03/26/2013 | 0836148 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 966.44 |
| 04/24/2013 | 0840232 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 969.02 |
| 05/23/2013 | 0844396 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 970.60 |
| 06/25/2013 | 0848485 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 971.58 |
| 07/25/2013 | 0852695 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,461.95 |
| 08/27/2013 | 0856864 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 971.65 |
| 09/26/2013 | 0861029 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 975.29 |
| 10/25/2013 | 0865141 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 968.82 |
| 11/22/2013 | 0869224 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 954.35 |
| 12/23/2013 | 0873239 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 951.76 |
| 01/28/2014 | 0877266 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,423.09 |
| 02/25/2014 | 0881447 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 950.09 |
| 03/25/2014 | 0885478 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 948.19 |
| 04/25/2014 | 0889535 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 947.69 |
| 05/28/2014 | 0893669 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 947.32 |
| 06/25/2014 | 0897733 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 958.27 |
| 07/24/2014 | 0901832 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,587.42 |
| 08/26/2014 | 0905929 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,164.27 |
| 09/29/2014 | 0909979 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,239.07 |
| 10/29/2014 | 0914145 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,292.01 |
| 11/24/2014 | 0918172 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,321.18 |
| 12/22/2014 | 0922830 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,373.81 |
| 01/27/2015 | 0926798 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,010.28 |
| 02/24/2015 | 0930989 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 03/26/2015 | 0935007 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 04/24/2015 | 0939153 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 05/26/2015 | 0943321 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 06/23/2015 | 0947335 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 07/28/2015 | 0951289 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 08/26/2015 | 0955396 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 09/28/2015 | 0959385 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 10/26/2015 | 0963261 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 11/24/2015 | 0967369 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 991.18 |
| 12/22/2015 | 0971479 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 970.24 |
| 02/24/2016 | 0979472 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,968.80 |
| 03/28/2016 | 0983408 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 984.28 |
| 04/22/2016 | 0987732 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 984.28 |
| 05/24/2016 | 0991657 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 984.28 |
| 06/27/2016 | 1000382 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 984.28 |
| 07/26/2016 | 1004381 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 984.28 |
| 08/26/2016 | 1008346 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 984.28 |
| 09/27/2016 | 1012378 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 984.28 |
| 10/26/2016 | 1016303 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 924.67 |

| Debtor 1 | **JASON M. DIIANNI** | Case number *(if known)* | **11-26430GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| | | | | 61,214.35 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JASON M. DIIANNI
JOELLE C. DIIANNI
1054 SILVER LANE
MC KEES ROCKS, PA  15136

LAUREN M LAMB ESQ
STEIDL & STEINBERG
707 GRANT ST 28TH FLOOR
PITTSBURGH, PA  15219

BANK OF AMERICA(*)
7105 CORPORATE DR
PLANO, TX  75024

BANK OF AMERICA FRMLY BAC HOME LS SVCNG LP**
NOTICING SECTION - BKRPTCY DEPT**
400 NATIONAL WAY
MS CA6-919-01-23
SIMI VALLEY, CA  93065

ANDREW F GORNALL ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


12/13/16                                                                /s/ Renee Ward
                                                                        Administrative Assistant
                                                                        Office of the Chapter 13 Trustee