Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Jason M DiIanni** : | Case No. 11−26430−GLT |
| **Joelle C. DiIanni** : | Chapter: 13 |
| **fka Joelle C Johnson** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s)*, : | Related to Document No. 94 |
| : | |
| v. : | Hearing Date: 3/8/17 at 01:30 PM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *22nd day of December, 2016*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 94 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before February 6, 2017*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *March 8, 2017 at 01:30 PM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 11-26430-GLT
Jason M DiIanni
Joelle C. DiIanni                                               Chapter 13
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel               Page 1 of 2        Date Rcvd: Dec 22, 2016
                              Form ID: 604             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db/jdb         +Jason M DiIanni,    Joelle C. DiIanni,    1054 Silver Lane,    Mc Kees Rocks, PA 15136-1122
cr             +Bank of America, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13206507       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13235239       +Bank of America, N.A.,    PO Box 660933,    Dallas TX 75266-0933
13206513      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    Processing Center,    Des Moines, IA 50364)
13206509       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13206508       +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13241486        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13253855       +Duquesne Light Company,    c/o Bernstein Law Firm,    600 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-2702
13206511      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    Fifth Third Center,    PO Box 630778,
                 Cincinnati, OH 45263)
13220435       +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
13221866       +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13206514      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court: HSBC/Best Buy,    PO Box 15519,    Wilmington, DE 19850)
13206515       +One Main,    PO Box 499,    Hanover, MD 21076-0499
13213382       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13206517       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13206518        PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
13206520       +PNC Visa,    PO Box 5570,    Cleveland, OH 44101-0570
13206516       +Penn Hills Municipality FCU,    12245 Frankstown Road,    Pittsburgh, PA 15235-3405
13851134        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:17     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:17     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2016 02:11:31
                 PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2016 02:11:21
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:16     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13467819       +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:16     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13206512       +E-mail/Text: bankruptcynotice@fcbanking.com Dec 23 2016 02:04:33     First Commonwealth,
                 PO Box 0537,   Indiana, PA 15701-0537
13294015       +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:17     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13518738       +E-mail/Text: bknotice@ncmllc.com Dec 23 2016 02:05:39     National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13289283        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2016 02:11:30
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13343432        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2016 02:10:24
                 Portfolio Recovery Associates, LLC,    POB 41067,   NORFOLK, VA 23541
13256118        E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2016 02:11:21
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr*            +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                 Norfolk, VA 23541)
cr*            +PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
13206510*      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13518859*      +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13518918*      +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
```

```
District/off: 0315-2          User: jhel               Page 2 of 2            Date Rcvd: Dec 22, 2016
                              Form ID: 604             Total Noticed: 32


             ***** BYPASSED RECIPIENTS (continued) *****
13519145*       +National Capital Management, LLC.,    8245 Tournament Drive,   Suite 230,
                  Memphis, TN 38125-1741
13206519*       +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
13206521*       +PNC Visa,    PO Box 5570,    Cleveland, OH 44101-0570
13583334*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13583336*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13583403*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13585492*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
                                                                                              TOTALS: 1, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Jason M DiIanni
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Joelle C. DiIanni
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```