**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JASON M. DIIANNI
JOELLE C. DIIANNI
        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
      vs.
No Repondents.

Case No.:11-26430

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2016

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/18/2011 and confirmed on 11/28/11 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,224.50 |
| Less Refunds to Debtor | 1,059.35 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,165.15 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,300.00 | |
|    Trustee Fee | 4,053.79 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,353.79 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIFTH THIRD BANK(*) | 12,294.65 | 12,294.65 | 2,039.69 | 14,334.34 |
|     Acct: 4774 | | | | |
|   PNC BANK NA | 16,935.91 | 16,935.91 | 1,309.46 | 18,245.37 |
|     Acct: 9810 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 61,214.35 | 0.00 | 61,214.35 |
|     Acct: 0994 | | | | |
|   BANK OF AMERICA(*) | 300.00 | 300.00 | 0.00 | 300.00 |
|     Acct: 0994 | | | | |
| | | | | 94,094.06 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. DIIANNI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. DIIANNI | 907.00 | 907.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. DIIANNI | 152.35 | 152.35 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 248.22 | 49.84 | 0.00 | 49.84 |
|     Acct: 3005 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 2,513.27 | 504.61 | 0.00 | 504.61 |
|     Acct: 0454 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 12,154.97 | 2,440.47 | 0.00 | 2,440.47 |
|     Acct: 5605 | | | | |
|   CHASE BANK USA NA | 295.16 | 59.26 | 0.00 | 59.26 |
|     Acct: 0654 | | | | |
|   FIRST COMMONWEALTH BANK | 26,296.43 | 5,279.80 | 0.00 | 5,279.80 |
|     Acct: 0255 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,738.97 | 349.15 | 0.00 | 349.15 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8235 | | | | |
| ECAST SETTLEMENT CORP** | 1,453.71 | 291.88 | 0.00 | 291.88 |
| Acct: 7649 | | | | |
| ONE MAIN BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3534 | | | | |
| PENN HILLS MUN EMPLOYEE FCU | 4,772.39 | 958.20 | 0.00 | 958.20 |
| Acct: 0887 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 16,799.77 | 3,373.06 | 0.00 | 3,373.06 |
| Acct: 0042 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 4,833.91 | 970.55 | 0.00 | 970.55 |
| Acct: 7148 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 8,319.69 | 1,670.43 | 0.00 | 1,670.43 |
| Acct: 6210 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 8,815.87 | 1,770.05 | 0.00 | 1,770.05 |
| Acct: 4621 | | | | |
| PNC BANK NA | 24,697.91 | 0.00 | 0.00 | 0.00 |
| Acct: 9309 | | | | |
| BRETT A SOLOMON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 17,717.30 |

TOTAL PAID TO CREDITORS                                                                                 111,811.36

TOTAL
CLAIMED              0.00
PRIORITY        29,530.56
SECURED        112,940.27


Date: 12/21/2016                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JASON M. DIIANNI
    JOELLE C. DIIANNI
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:11-26430

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                BY THE COURT:

                                _____
                                U.S. BANKRUPTCY JUDGE

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania

In re:                                                              Case No. 11-26430-GLT
Jason M DiIanni                                                     Chapter 13
Joelle C. DiIanni
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 2             Date Rcvd: Dec 22, 2016
                               Form ID: pdf900              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db/jdb        +Jason M DiIanni,    Joelle C. DiIanni,    1054 Silver Lane,    Mc Kees Rocks, PA 15136-1122
cr            +Bank of America, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13206507      +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13235239      +Bank of America, N.A.,    PO Box 660933,    Dallas TX 75266-0933
13206513     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    Processing Center,    Des Moines, IA 50364)
13206509      +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13206508      +Chase,   PO Box 15153,    Wilmington, DE 19886-5153
13241486       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13253855      +Duquesne Light Company,    c/o Bernstein Law Firm,    600 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-2702
13206511     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    Fifth Third Center,    PO Box 630778,
                Cincinnati, OH 45263)
13220435      +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
13221866      +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                1500 One PPG Place,    Pittsburgh, PA 15222-5413
13206514     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: HSBC/Best Buy,    PO Box 15519,    Wilmington, DE 19850)
13206515      +One Main,    PO Box 499,    Hanover, MD 21076-0499
13213382      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13206517      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13206518       PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
13206520      +PNC Visa,    PO Box 5570,    Cleveland, OH 44101-0570
13206516      +Penn Hills Municipality FCU,    12245 Frankstown Road,    Pittsburgh, PA 15235-3405
13851134       eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:20     Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr            +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:20     HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2016 02:11:32
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2016 02:10:54
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
cr            +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:19     eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13467819      +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:19     Capital One, N.A.,
                c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13206512      +E-mail/Text: bankruptcynotice@fcbanking.com Dec 23 2016 02:04:35     First Commonwealth,
                PO Box 0537,   Indiana, PA 15701-0537
13294015      +E-mail/Text: bnc@bass-associates.com Dec 23 2016 02:04:19     HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13518738      +E-mail/Text: bknotice@ncmllc.com Dec 23 2016 02:05:41     National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13289283       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2016 02:11:06
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13343432       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2016 02:20:18
                Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541
13256118       E-mail/PDF: rmscedi@recoverycorp.com Dec 23 2016 02:11:23
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr*           +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                MEMPHIS, TN 38125-1741
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,    POB 41067,
                Norfolk, VA 23541)
cr*           +PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
13206510*     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13518859*     +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                Memphis, TN 38125-1741
13518918*     +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                Memphis, TN 38125-1741
```

```
District/off: 0315-2          User: jhel                   Page 2 of 2                   Date Rcvd: Dec 22, 2016
                              Form ID: pdf900              Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
13519145*       +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                  Memphis, TN 38125-1741
13206519*       +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
13206521*       +PNC Visa,    PO Box 5570,    Cleveland, OH 44101-0570
13583334*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13583336*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13583403*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13585492*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
                                                                                              TOTALS: 1, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Jason M DiIanni
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Joelle C. DiIanni
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```