16-1740

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jason M. DiIanni<br>Joelle C. DiIanni<br>                 Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 11-26430 GLT |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090