IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 11-26430 GLT |
| Jason M. DiIanni | ) | Chapter 13 |
| Joelle C. DiIanni, | ) | Docket No. |
| *Debtor(s)* | ) | |
| | ) | |
| Jason M. DiIanni | ) | |
| Joelle C. DiIanni, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 15, 2011 at docket numbers 26 and 27, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| February 2, 2017 | /s/ Jason M. DiIanni |
| Date | Debtor |
| | |
| February 2, 2017 | /s/ Joelle C. DiIanni |
| Date | Debtor |

Respectfully submitted,

<u>February 2, 2017</u>　　　　　　　　　<u>/s/ Lauren M. Lamb</u>
DATE　　　　　　　　　　　　　　　Lauren M. Lamb, Esquire
　　　　　　　　　　　　　　　　　　Attorney for the Debtor

　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　Suite 2830, Gulf Tower
　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　Llamb@steidl-steinberg.com
　　　　　　　　　　　　　　　　　　PA I.D. No. 209201

**PAWB Local Form 24 (07/13)**