| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jason M DiIanni** | Social Security number or ITIN **xxx–xx–8192** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Joelle C. DiIanni** | Social Security number or ITIN **xxx–xx–2120** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **11–26430–GLT** | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason M DiIanni                    Joelle C. DiIanni
                                   fka Joelle C Johnson

2/28/17                            **By the court:**   Gregory L. Taddonio
                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-26430-GLT
Jason M DiIanni                                                           Chapter 13
Joelle C. DiIanni
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz                Page 1 of 2           Date Rcvd: Feb 28, 2017
                              Form ID: 3180W            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
```
db/jdb         +Jason M DiIanni,    Joelle C. DiIanni,    1054 Silver Lane,    Mc Kees Rocks, PA 15136-1122
13235239       +Bank of America, N.A.,    PO Box 660933,    Dallas TX 75266-0933
13206513      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Home Depot,    Processing Center,    Des Moines, IA 50364)
13253855       +Duquesne Light Company,    c/o Bernstein Law Firm,    600 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-2702
13206511      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court:   Fifth Third Bank,    Fifth Third Center,    PO Box 630778,
                 Cincinnati, OH 45263)
13220435       +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
13221866       +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13206515       +One Main,    PO Box 499,    Hanover, MD 21076-0499
13213382       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13206517       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13206518        PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
13206520       +PNC Visa,    PO Box 5570,    Cleveland, OH 44101-0570
13206516       +Penn Hills Municipality FCU,    12245 Frankstown Road,    Pittsburgh, PA 15235-3405
13851134        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 01 2017 02:26:46      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +EDI: BANKAMER.COM Mar 01 2017 01:58:00      Bank of America, N.A.,    2380 Performance Dr.,
                 Richardson, TX 75082-4333
cr             +EDI: BASSASSOC.COM Mar 01 2017 01:58:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +EDI: BASSASSOC.COM Mar 01 2017 01:58:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
cr             +EDI: PRA.COM Mar 01 2017 01:58:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Mar 01 2017 01:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
cr             +EDI: BASSASSOC.COM Mar 01 2017 01:58:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13206507       +EDI: BANKAMER.COM Mar 01 2017 01:58:00      Bank of America,    450 American Street,
                 Simi Valley, CA 93065-6285
13467819       +EDI: BASSASSOC.COM Mar 01 2017 01:58:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13206508       +EDI: CHASE.COM Mar 01 2017 01:58:00      Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13206509       +EDI: CHASE.COM Mar 01 2017 01:58:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13241486        EDI: CHASE.COM Mar 01 2017 01:58:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
13206512       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 01 2017 02:26:08      First Commonwealth,
                 PO Box 0537,    Indiana, PA 15701-0537
13206514        EDI: HFC.COM Mar 01 2017 01:58:00      HSBC/Best Buy,    PO Box 15519,    Wilmington, DE 19850
13294015       +EDI: BASSASSOC.COM Mar 01 2017 01:58:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13518738       +E-mail/Text: bknotice@ncmllc.com Mar 01 2017 02:27:16      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13289283        EDI: PRA.COM Mar 01 2017 01:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13343432        EDI: PRA.COM Mar 01 2017 01:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 NORFOLK, VA 23541
13256118        EDI: RECOVERYCORP.COM Mar 01 2017 01:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 19
```

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Duquesne Light Company
cr*            +First Commonwealth Bank,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr*            +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC.,    POB 41067,
                 Norfolk, VA  23541)
cr*            +PRA Receivables Management, LLC,    P.O. Box 41067,    Norfolk, VA 23541-1067
13206510*      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13518859*      +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
```

```
District/off: 0315-2           User: amaz                  Page 2 of 2                  Date Rcvd: Feb 28, 2017
                               Form ID: 3180W              Total Noticed: 33


             ***** BYPASSED RECIPIENTS (continued) *****
13518918*       +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                  Memphis, TN 38125-1741
13519145*       +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                  Memphis, TN 38125-1741
13206519*       +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
13206521*       +PNC Visa,    PO Box 5570,    Cleveland, OH 44101-0570
13583334*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:    Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13583336*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:    Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13583403*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:    Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13585492*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:    Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541)
                                                                                               TOTALS: 1, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   Bank of America, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor   First Commonwealth Bank bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          James Warmbrodt     on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
          Jill  Manuel-Coughlin     on behalf of Creditor   Bank of America, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          Lauren M. Lamb     on behalf of Debtor Jason M DiIanni
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Lauren M. Lamb     on behalf of Joint Debtor Joelle C. DiIanni
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
           brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9
```